UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KIZZY NICKERSON,

    Plaintiff,

v.

CITY OF HIGHLAND PARK POLICE
DEPARTMENT, ET AL.,

    Defendants.
_____/

Case No. 14-10278

Honorable Nancy G. Edmunds

**ORDER ACCEPTING AND ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION TO *SUA SPONTE* DISMISS WITH PREJUDICE PLANTIFF'S COMPLAINT AGAINST DEFENDANT CITY OF HIGHLAND PARK POLICE DEPARTMENT AND DEFENDANT OFFICERS OSKEN AND ROBBERSON AND TO DISMISS WITHOUT PREJUDICE PLAINTIFF'S COMPLAINT AGAINST DEFENDANT OFFICERS OCHS AND SCHULTZ [64]**

This matter comes before the Court on the Magistrate Judge's Report and Recommendation to *sua sponte* dismiss with prejudice Plaintiff's complaint against Defendant City of Highland Park Police Department and Defendant Officers Osken and Robberson and to dismiss without prejudice Plaintiff's complaint against Defendant Officers Ochs and Schultz [ECF No. 64]. Being fully advised in the premises and having read the record and the pleadings, including the Report and Recommendation and Plaintiff's Objections, the Court hereby ACCEPTS AND ADOPTS the Magistrate Judge's Report and Recommendation, DISMISSES WITH PREJUDICE Plaintiff's complaint against Defendant City of Highland Park Police Department and Defendant Officers Osken and Robberson, and DISMISSES WITHOUT PREJUDICE Plaintiff's complaint against Defendant Officers

Ochs and Schultz.

    SO ORDERED.

        s/Nancy G. Edmunds
        Nancy G. Edmunds
        United States District Judge

Dated:  May 14, 2014

I hereby certify that a copy of the foregoing document was served upon counsel of record on May 14, 2014, by electronic and/or ordinary mail.

        s/Carol A. Bethel
        Case Manager